**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 13-8015

ANGEL ABEL GUZMAN

Petitioner - Appellant

v.

WARDEN STEVE MORA,

Respondent – Appellee,

and

ASSOCIATE WARDEN NFN PITT; ASSOCIATE WARDEN NFN ROBINSON,

Respondents.

Appeal from the United States District Court for the District of South Carolina, at Anderson.  Henry M. Herlong, Jr., Senior District Judge.  (8:13-cv-02200-HMH)

Submitted: April 24, 2014          Decided:  April 28, 2014

Before NIEMEYER, SHEDD, and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Angel Abel Guzman, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Angel Abel Guzman, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C. § 2241 (2012) petition.  We have reviewed the record and find no reversible error.  Accordingly, we affirm for the reasons stated by the district court.  Guzman v. Mora, No. 8:13-cv-02200-HMH (D.S.C. Nov. 14, 2013).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED